ANA MARÍA MATOS, menor de edad representada por su madre con patria potestad TERESA MATOS, demandante y apelada, *v.* SUCESIÓN DE JOAQUÍN GÓMEZ DE AGÜERO, compuesta de sus hermanos ANTONIO, ANA, y PILAR GÓMEZ DE AGÜERO y sus sobrinos MANUEL, BENIGNO y VIRGINIA GÓMEZ DE AGÜERO ALDEA, demandada y apelante.

No. 5880.—*Sometido:* Noviembre 30, 1931. *Resuelto:* Diciembre 7, 1931.

*H. Torres Solá,* abogado de los apelantes Antonio, Ana y Pilar Gómez de Agüero; *Juan de Guzmán Benítez,* abogado de Manuel Benigno y Virginia Gómez de Agüero Aldea; *L. Mercader,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Cuando los apelantes descansan, no en la transcrip-

ción taquigráfica definida por las leyes de 1917 (No. 27, 1917 (2) p. 275) y 1919 (No. 81, p. 675), sino en un pliego de excepciones y exposición del caso, no están obligados a consignar en corte los honorarios del taquígrafo ni necesariamente a utilizar los servicios de ese funcionario. [2] Cuando aparece que el pliego de excepciones y exposición del caso ha sido radicado en la corte inferior, un apelado que solicita la desestimación está obligado a convencernos de que las varias prórrogas concedidas a la parte apelante no estaban justificadas. Esto no lo ha hecho la apelada.

*No ha lugar a la desestimación solicitada.*